UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN YARBROUGH,

        Plaintiff,

v.                                              Case No. 21-1109-JAR

THE SCOULAR COMPANY,

        Defendants.

## **THIRD AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 52) to amend the scheduling order filed on August 3, 2021 (ECF No. 16), as amended on September 28, 2021 (ECF No. 28) and December 7, 2021 (ECF No. 47).  For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    Mediation shall be held no later than **March 2, 2022.**

    b.    All discovery shall be commenced or served in time to be completed by **June 27, 2022.**

    c.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **May 2, 2022.**  Disclosures and reports by any rebuttal experts are due by **May 31, 2022**.

    d.    The parties shall complete all Fed. R. Civ. P. 35 physical or mental examinations by **April 20, 2022.**

e. The final pretrial conference is rescheduled from June 16, 2022, to **July 18, 2022, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **July 8, 2022**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

f. The deadline for filing all other potentially dispositive motions is now **August 1, 2022.**

g. At the direction of the presiding U.S. district judge, the case is re-set for trial on a trial calendar that will begin on **April 11, 2023.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 28, 2022, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge